People of State of Illinois ex rel. Florence L. Klopfer and Henry Klopfer, Appellants, v. City of Chicago et al., Appellees.

Gen. No. 43,339.

opinion filed December 18, 1945; rehearing denied February 19, 1946; released for publication February 19, 1946. Harry P. Hensel and Crow & Loeff, for appellants; Harry P. Hensel and Martin G. Loeff, of counsel; Barnet Hodes, Corporation Counsel, and Thomas E. Kluczynski, for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.